IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BETHEL ADAIR                                                                                          PLAINTIFF
o/b/o A.A.

v.                                         CASE NO. 07-5127

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                              DEFENDANT

# O R D E R

On this 24th day of June, 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on September 11, 2007, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2107.96 for a total of 13.67 attorney hours, at the rate of $152.00 per hour, and $30.12 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                                          /s/Jimm Larry Hendren
                                                          HONORABLE JIMM LARRY HENDREN
                                                          UNITED STATES DISTRICT JUDGE

**AO72A**
**(Rev. 8/82)**